# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings |
| | Under Chapter 7 |
| TOD A. CHILDERS | |
| LINDSEY L. CHILDERS, | |
| | Case No. 14-41341 |
| Debtor(s). | |

### ORDER

This matter is before the Court on the chapter 7 trustee's objection to claim #6-1 filed by U.S. Bank N.A. On January 8, 2019, the trustee filed an amended objection to the same claim. Accordingly, IT IS ORDERED that the trustee's original objection to claim #6-1 (document #98) is OVERRULED as moot.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: January 9, 2019

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE